IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SLATE BAR & LOUNGE, INC., | : | CIVIL NO.: 3:15-cv-2251 |
|     Plaintiff, | : | |
| | : | Magistrate Judge Saporito |
| v. | : | |
| | : | |
| FOUNDERS INSURANCE | : | |
| COMPANY, | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 9th day of January, 2017, for the reasons stated in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED that the motion for reconsideration (Doc. 20) filed by the defendant, Founders Insurance Company, is DENIED.

*s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: January 9, 2017